**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01493-CV

**MICHAEL GAY COOK, Appellant**

**V.**

**CAROLINE D. COOK, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI15-070**

## ORDER

Appellant has filed a motion to reduce supersedeas bond. Although the clerk's record has been filed in this appeal, the record does not contain a copy of the order setting the amount of the bond. Accordingly, pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Shelli Miller, Rockwall County Clerk, to file, no later than December 28, 2015, a supplemental clerk's record containing a copy of that order or written verification such order cannot be located. *See* TEX. R. APP. P. 34.5(c). We further **ORDER** Deborah K. Hamon, Official Court Reporter of Rockwall County Court at Law No. 1, to file, no later than December 28, 2015, the reporter's record of the hearing setting the supersedeas bond.

The Court will take no action on appellant's motion until the requested records are filed.

/s/     CRAIG STODDART
        JUSTICE